



IN THE VIRGINIA COMPANY COMMONWEALTH OF ARSENAL ISLAND ILLINOIS RESERVED MASSACHUSETTS COMMON LAWS OF THE SUPREME COURT OF PENNSYLVANIA NEPOTISM SHARK WALLOWING SENSORY OVERLOADED MONTREAL PROTOCOL EXAMINER ENTRIED BY SHARKS FROM COCURRENT VENEZUELA THREADLOCKS AT THE PARLIMENTARY PALACE ITSELF ENSIGN CORPORAL LIEUTENANT (US ARMY USMC USAF RESPECTIVE OF THE NATURE OF THE COMMONLAW ALLOWANCES OF TITLEING HERALD OF AN ORDINARY SOUND STANDARDS REPUBLICAN WEARY OF JUST-ANY-OLD DEMOCRACY BUYING INTO THE TRADE-SECRETS-KEY-RESOURCES-OR-WHAT-NOT,)


IT IS THE LAWS OF NATURE THAT SPEARHEAD, DAY-IN AND DAY-OUT, APPROPRIATIONS; NOT THE PRESIDENT (, UNITED STATES PATRIOT ACT SECTION 103, 104, 105 ANNECDOTAL CIRCUMSTANCE AND I QUOTE "WE ALL CAN'T BE EVERYWHERE FOR WHEN THE UNPRECENDENT LURKS, ITS UP TO MY FELLOW AMERICANS INSIDE THE FIGHT TO NAVIGATE THE FOUR CORNERS OF THE EARTH THAT BEWILDER US WITH HOW MUCH THEY KNOW THESE DAYS ABOUT THE KNOWN, THE UNKNOWN AND THE UNKNOWABLE.)

  WITH THAT SAID, I RECOMMEND THE 2 USC CONTEST IN THE SIGNATURE LINE OF THE COMPLAINT PACKET PAGE 5 OF PRO-SE-PACKET THEREIN REQUESTING BAR NUMBERS AND WHAT HAVE YOU, TO CHANGE MY 552a ON ITS OWN IS NOT WHAT THIS IS. FURTHER; I RECOMMEND THE JUDGEMET FUND HELP COVER SOME OF THE EXPENSES OF THE COSTS THAT ARE PREDICTED TO BE INCURRED NOT ONLY AS A RESULT OF EXTRANEOUS DEPARTMENT OF JUSTICE RELATIONS TO THE DEFENDANT; THEREIN DUALY LISTED, PLAINTIFF-ATTORNEY, US DEFENSE ATTORNEY DISTRICT OF RHODE ISLAND ESCORT TO THE SECRET SERVICE INSIDE SCOOP ON MASSACHUSETTS AFFAIRS TO THRONES OF ENGLAND SET ON TERRORIST WATCH LISTS BEING SUBVERTED FORMING SEAN ANTHONY LEONARD'S PACT WITH THE SEAN ENIGMA ENERGY FOUNDATION ALREADY BEING SECRETLY DEFAMED BY POTENT ADVISORS ON THEIR OWN MONEY COLLECTED FROM EMBEZZLED JUDGEMENT-FUND DISPLAYED NLY IN SWAHILI AND GIVEN TO CORKY ROMANO THE FIELD EXPERT BEHIND THE NUCLEAR WAR PENETRATION TESTINGS OVERWORKING OUR FEARED ENSIGN CORPORAL LIEUTENANT, BULLIED BY BLACK BELTS IN MARTIAL ARTS WHOM SPECIALIZE IN CIRCUMVENTION AND TEAR APART ANYONE WHO COACHING MR. LEONARD WITHOUT POLITICAL TITLES IN WATCH COMMITTEES OR BEFRIENDING HIM WITH EASY-SUSAN-ROTUNDRAS, ARE DUALY ACCUSED OF BULLYING AND FRATERNIZATION IN THE SAME HOUR!; AS WE USC 60101 TITLE 51 SITUATIONAL SPACE AWARENESS PAY INTO SPACE TRAFFIC ATTENTION MANAGEMENT, THE ATTENTION OF OUR OWN THOUGHTS, THE TRAFFIC OF OUR OWN INFORMATION, THE FEAR OF OUR OWN MULTI-SPLIT SEMETISM LEAVING CEMTANICS IN ITS DUST, WE MAKE NO TIME FOR APPROPRIATIONS TO BE GOVERNED BY EXPIREABLE INFORMATION, MEANWHILE SOME OF THESE TERRORSIT GROUPS DON'T CARE HOW THEY GET RICHER, WHILE THE REST OF US HANG OUR HEADS IN TREASONS LIMELIGHT WELL AWARE OF WHEN BEING BLAMED WRONG AGAIN AND AGAIN AND AGAIN, RESETS THE SCORE TO ZERO AND THE BAD GUYS SECRETLY MOVE FORWARD ANOTHER TURN OF THE WHEEL.

TO THE PLAINTIFFD PROPOSED ATTORNEY MR. LEONARD A UNTIED STATES DEFENSE CONTRACTOR WITH STATE SECRECY TRADED DAILY ABOUT HIMSELF TO COVER APPROPRIATIONS HERALDING GENE-EDITING AS CAPABLE OF USURPING DIVINE INSPIRATION WAVEGUDING THEIR, NOT ONLY ACCUSATIONS OF MARIJUANA OR WHATEVER SYNONYM AVAILABLE, THE CAUSE OF ACTION BEHIND THE MARIJUANA WAS L-I-T-R-O-B-R-I-T-A-N-I-C-A-L-Y LATE NOT FOR THE LAWS OF NATURE YET THEREIN FOR THE LAWS GOVERNING THE ENLISTMENT OF A COMMISSION INSURED TO LOSE MEN EVEN IF THE INTERNAL AFFAIRS HIREING DIVERS AGAINST STATE-ENEMIES SHARING THE SAME TRIBUTARY WERE FROM HULL NUMBERS CAUSES A COLLISION COURSE WHEN MEN DIEING IN COMBAT ARE ONLY TRAINED TO DIE AGAINST THE ENEMY WHILE VERY LITTLE TRAINING IS PROVIDED IN HOW TO FIGHT THE INTERNAL FIGHT, AS TO PREVENT FAKES FROM DETAILING THE IMMUNITIES AND PRIVELAGES WON OVERSIGHT COMMITTEES KNOW WHAT YOU MEAN; GET IT DONE AND DON'T GET HIT, AND SO WE DID, INCAPABLE OF KNOWING PLAN A WHILE THE FRAMEWORK EDITING OUR FLIGHT WITH FIGHT COMMUNICATED THROUGH ASTRAL INTELLIGENCE BEFORE THE MARIJUANA WAS SUPPOSED TO BE PART OF THE PLAN; UNDER THE PAINS AND PENALTIES OF PERJURY, AGAINST BROKEN SEALS FROM 1872 TOWN OF NORWOOD, THE FIGHT INSIDE REVELATIONS LAYETH THICKER THAN THE WILL OF DAMAGES CAUSED NOT BY A FIRE IN A BATTERY WELL, OR GAELIC SUBMISSION CODES THAT ONLY TARGETED FERMALDAHYDE IN THE MARIJUANA, BUT A DEEPER RIFT OF INTERNATIONAL LAW THAT HAD ALREADY CONSUMED OUR DEAR ENSIGN LEONARD, NOT PONLY CAN THE MILITARY WORK EVERY ANGLE IN THE SECRET ATONEMENT WE OWED FROM GENEOLOGICAL CONNECTIONS THE "BOURNE ORIGINS," 1860s OHIO, ILLINOIS-STANDARDS, TO TELL MASSAHCUSETTS-VIRGINIA "NOT TO KNOW;" ONGOING-DEVELOPMENTS OF THE LOUSIANA PURCHASE ORIGINALY ESTABLISHED IN TRADE-DEALS WITH THE SPANIARDS BY MEN OF THOMAS JEFFERSON'S COLONIES OF NARNIA, COMPANY TO BEJAMIN FRANKLIN AND OTHERS OF THE MARITIME FEATS OF YOURS TRULY'S EXPOSURE TO ELEVEN YEAR SUN CYCLES SOUNDING THROUGH OUR EQUATIONS THAT ONLY NOW SINCE 2011 HAS EU-DIRECTIVE 201//83 NON MEMBER RESIDENT SOF EUROPEAN UNION SPACE PROGRAMS BEGUN TO ENDEAVOR "SOCIOTRONICS," OR WHAT HAVE YOU, WHO ARE THE BIGGEST INSPIRATION FOR RESEARCH-CONTROL? PENNSYLVANIA IN COMPARABLY AWAY FROM HOME HAS NOW HOPES FOR CRIMINALS MARRYING CRIMINOLOGISTS, THUS INSPIRED TO CHANGE WAR FOREVER, ARE YOU VERSED IN CHURCH STATE SEPERATION STATUTES GIVEN THE REQUIREMENT TO KNOW WHAT YOUR SEPERATING FROM WHAT?